1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TGT, INC., <br><br> Defendant. | Case No. 2:16-cv-09543-TJH-JPRx <br><br> **ORDER GRANTING STIPULATED DISMISSAL [JS-6]** |

Pursuant to stipulation and good cause being shown, IT IS ORDERED that: (1) pursuant to stipulation by the parties, the instant action is dismissed with prejudice; and (2) this Court shall retain jurisdiction to enforce or interpret the settlement agreement that precipitated this dismissal.

IT IS SO ORDERED.

Dated: October 12, 2017

*Terry J. Hatter, Jr.*

Terry J. Hatter, Jr.
United States District Judge



ORDER GRANTING STIPULATED DISMISSAL
Case No. 2:16-cv-09543-TJH-JPR